UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

MARIA DIMEGLIO, on behalf of herself
and all others similarly situated

                Civil Action No:
                1:23-cv-7442

                Plaintiff,

-v.-
L9 Sports, LLC

                Defendants.

---------------------------------------------------------------x

## NOTICE OF VOLUNTARY DISMISSAL

IT IS HEREBY AGREED TO by the Plaintiff and Plaintiff's attorney that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that the above entitled action specifically with regard to Defendant shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and that a dismissal with prejudice may be entered in the above entitled action pursuant hereto.

Dated: December 11, 2023

                Respectfully Submitted,

                */s/PeterPaul Shaker*
                PeterPaul Shaker, Esq.
                **Stein Saks, PLLC**
                One University Plaza
                Hackensack, NJ 07601
                pshaker@steinsakslegal.com
                Tel. 201-282-6500
                Fax 201-282-6501
                *Attorneys for Plaintiff*

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may file a notice of dismissal to dismiss an action without a court order prior to the opposing party serving an answer or a motion for summary judgment. *Accord* Fed. R. Civ. P. 41(a)(1)(B) (permitting notice of dismissal with prejudice). Accordingly, the Clerk of Court is respectfully directed to close this case.

SO ORDERED.
Date: December 12, 2023
New York, New York

        _____
        JOHN P. CRONAN
        United States District Judge

## **Certificate of Service**

      I hereby certify that on this date, I electronically filed this Notice of Voluntary Dismissal using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record. I also emailed this Notice to all parties who have not made an appearance in this case.

This 11th day of December, 2023        Respectfully Submitted,

                                                      */s/PeterPaul Shaker*
                                                     PeterPaul Shaker